UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Zwicki, et al.,

v. Civil No. 00-1942(DSD/JMM)

Superior Machine Co., et al.

-------------------------------

Deutsche Voest-Alpine Industrieanlagenbau GmbH,

v. Civil No. 01-2300(JRT/FLN)

Thomas Turk.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 00-1942(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 01-2300(JRT/FLN) having later been assigned to Judge John R. Tunheim, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-2300(JRT/FLN) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated April 2, 2001,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: December 17, 2001

David S. Doty, Judge
United States District Court

Dated: December 20, 2001

John R. Tunheim, Judge
United States District Court

FILED DEC 20 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

Deutsche Voest-Alpine, etc.

Vs. 01-2300DSD/JMM

Thomas Turk

The above-entitled matter has been reassigned to Judge David S. Doty pursuant to an Order for Reassignment of a Related Case signed by Judge Doty and Judge Tunheim. This case is related to 00-1942 - Zwicki, et al vs. Superior Machine Co., et al, already assigned to Judge Doty. Please note the change in judges initials above and refer to them when submitting documents to the court for filing.