UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEUTSCHE VOEST-ALPINE INDUSTRIEANLAGENBAU GMBH,

Plaintiff,

v.

THOMAS TURK,

Defendant.

CIVIL NO. 01-2300 (DSD/JMM)

ORDER

Having come before the Court on the Motion of Plaintiff, Defendant having not yet been served with legal process, and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that:

1. Plaintiff shall have leave to serve legal process upon Defendant by way of publication, pursuant to Minnesota Rule 4.04, provided that notice is published in the St. Paul Pioneer Press and the Nevada Appeal for at least 21 consecutive days.

2. Plaintiff shall serve a copy of this Order by mail to Defendant's last known addresses, in care of his former wife and of his parents.

3. After publication of the notice for 21 days, Defendant will be deemed to have been served and he will be required to answer the complaint within 20 days. If he fails to do so, judgment by default may be taken against him for the relief demanded in the Contribution Complaint.

Dated: February 5, 2002

JOHN M. MASON
United States Magistrate Judge

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________