# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

RECEIVED BY U.S. MAIL
2002 FEB -1 AM 10:00
CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2300 JRT/FLN **Case Title:** Deutsche Voest Alpine Industrieanbau GmbH v. Turk

**Affidavit of Movant**

I, Patrick R. Martin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jeffrey W. Gunn, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Deutsche Voest Alpine in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature]
Signature

0259445
MN Attorney License #

1/17/02
Date

**Affidavit of Proposed Admittee**

I, Jeffrey W. Gunn, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jeffrey W. Gunn
Type/Print Name

[signature]
Signature

1/18/02
Date

Attorney License Number: 6188327 (issued by S. Ct. of IL)

Law Firm Name & Address: Morris & Stella
200 West Adams, Suite 1200
Chicago, IL 60606

Telephone: (312) 782-2345

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

FEB 04 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FEB 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK