# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2300 JRT/FLN **Case Title:** Deutsche Voest Alpine Industrieanbau GmbH v. Turk

**Affidavit of Movant**

I, Patrick R. Martin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William J. Morris, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Deutsche Voest Alpine in the case(s) listed below. I am aware that the local rules of this court require that I participate in the ~~presentation of the case(s) listed below~~, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 0259445 Date: 1/17/02

**Affidavit of Proposed Admittee**

I, William J. Morris, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: William J. Morris Signature: [signature] Date: 1-18-02

Attorney License Number: 1965387 ARDC Sup. Ct. Ill.

Law Firm Name & Address: Morris & Stella
200 West Adams Street
Suite 1200
Chicago, IL 60606

Telephone: (312) 782-2345

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: FEB 04 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED FEB 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK