UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deutsche Voest-Alpine Industrieanlagenbau GmbH,

Plaintiff,

vs.

Thomas Turk,

Defendant.

Civil File No. 01-CV-2300
Judge: DSD
Magistrate: JMM

**ORDER**

HAVING COME BEFORE THE COURT on motion of the plaintiff DVAI, all parties having due notice, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that plaintiff DVAI's motion to extend the time in which to file a response to defendant's counter-claim is granted, and that said response shall be due on or before May 15, 2002.

IT IS SO ORDERED

U.S. ~~District Court~~ Magistrate Judge

Dated: 4/16/02

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____