UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2300(DSD/JMM)

Deutsche Voest-Alpine Industrieanlagenbau, G.M.B.H.,

Plaintiff,

v.

**ORDER**

Thomas Turk,

Defendant.

This matter is before the court upon defendant's request for a 21-day extension of time in which to respond to plaintiff's Rule 12(b)(6) motion to dismiss. For good cause shown, the court will grant that motion and defendant has 21 days from the date of this order in which to respond to plaintiff's Rule 12(b)(6) motion to dismiss.

Dated: May 6, 2002

David S. Doty, Judge
United States District Court

FILED 5-7-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ________