UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deutsche Voest-Alpine Industrienlagenbau, GmBH,

Plaintiff,

v.

Thomas Turk,

Defendant.

Civil No. 0:01-CV-2300 (DSD/SRN)

---

***STIPULATION TO EXTEND TIME FOR DISPOSITIVE MOTIONS***

---

The parties hereto agree that the time within which to schedule dispositive motions is extended to March 31, 2003.

DATE: 2/10/03.

Jeffrey W. Gunn, Esq., *Attorney for Plaintiff*
***Morris & Stella***
200 West Adams, Suite 1200
Chicago, IL 60606

DATE: 2/12/03.

John F. Angell, *Attorney for Defendant*
***Stich, Angell, Kreidler & Dodge, P.A.***
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2190
(612) 333-6251

FILED FEB 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing or attached Stipulation,

IT IS HEREBY ORDERED that the time within which to schedule dispositive motions is extended to March 31, 2003.

Dated: February 13, 2003.

Susan Richard Nelson

SUSAN RICHARD NELSON
Magistrate Judge of U.S. District Court