UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deutsche Voest-Alpine Industrienlagenbau, GmBH,

Plaintiff,

v.

Thomas Turk,

Defendant.

Civil No. 0:01-CV-2300 (DSD/SRN)

---

***STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL***

---

The above-entitled action, having been fully compromised and settled,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the other, may cause judgment of dismissal with prejudice and on the merits to be entered herein forthwith.

DATE: 3/21/03.

Jeffrey W. Gunn, Esq., *Attorney for Plaintiff*
***Morris & Stella***
200 West Adams, Suite 1200
Chicago, IL 60606
(312) 782-2345

FILED 4-1-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 4-7-03
DEPUTY CLERK

DATE: 3/25/03.

John F. Angell, *Attorney for Defendant*
***Stich, Angell, Kreidler & Dodge, P.A.***
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2190
(612) 333-6251

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment may be entered accordingly forthwith.

Dated: 4/5/03.

BY THE COURT:

DAVID S. DOTY
Judge of U.S. District Court